UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


BONNIE J. WERT,

      Plaintiff,

                                           Civil No. 06-6191-AS

      v.

                                           JUDGMENT

COMMISSIONER,
Social Security Administration,

      Defendant.


      Based on the Order adopting the Findings and Recommendation [10] of Magistrate Judge Ashmanskas,

      IT IS ORDERED AND ADJUDGED that the Commissioner's final decision denying plaintiff Bonnie J. Wert's application for DIB is affirmed and this action is DISMISSED.

      Dated this __4__ day of December, 2007.

                                                                    /s/ Ancer L. Haggerty
                                                                    Ancer L. Haggerty
                                                             United States District Judge